UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIM. NO. 4:24-CR-00034 (CDL) |
| vs. : | |
| : | |
| JASMINE GRIMES, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION FOR ADDITIONAL DECREASE FOR**
**ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. SECTION 3E1.1(b)**

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that the Defendant, Jasmine Grimes, assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a guilty plea, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, in the event that the defendant qualifies for a two level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if the Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

Respectfully submitted, this 1st day of July 2025.

                                        WILLIAM R. KEYES
                                        UNITED STATES ATTORNEY

By:    */s/Veronica Hansis*
            VERONICA HANSIS
            ASSISTANT UNITED STATES ATTORNEY
            Georgia Bar No. 995213
            24 12th Street, 2nd floor
            Columbus, GA 31901
            Telephone: 706-649-7700
            Facsimile:  706-649-7767
            Veronica.Hansis@usdoj.gov

# CERTIFICATE OF SERVICE

I, Veronica Hansis, Assistant United States Attorney, hereby certify that on the 1st day of July 2025, I filed the within and foregoing ***Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b)*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                            WILLIAM R. KEYES
                                            UNITED STATES ATTORNEY

By:   */s/Veronica Hansis*
        VERONICA HANSIS
        ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No. 995213
        24 12th Street, 2nd floor
        Columbus, GA 31901
        Telephone: 706-649-7700
        Facsimile: 706-649-7767
        Veronica.Hansis@usdoj.gov